UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STEPHANIE SMITH, et al.,                )
                                         )
        Plaintiff(s),                    )
                                         )
v.                                       )        No. 4:25-CV-00404-CMS
                                         )
AMAZON.COM, INC.,                        )
                                         )
        Defendant(s).                    )
                                         )

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's Order Referring Case to ADR for **Mediation,** dated June 29, 2026,

the parties hereby designate by agreement the following individual from the Court's list of

Certified Neutrals to serve as Neutral in the above-styled action.

Name of Neutral/Firm: BRAD WINTERS

Firm Address: JAMS MEDIATOR & ARBITRATOR

190 CARONDELET PLAZA, SUITE 1450

Telephone: 314-334-5267 Fax: _____

**The attorneys of record in this case are:**

Lead Counsel: MICHAEL DALTON

Firm Address: 1034 SOUTH BRENTWOOD BLVD

ST. LOUIS, MO 63117

Telephone: 314-405-9000 Fax: 314-405-9999

Other Counsel: KYLE COLE

Firm Address: MORRISON FOERSTER

925 4TH AVE, SUITE 300 SEATTLE WA, 98104

Telephone: 858-720-5100 Fax: _____

-4-

**The completion deadline for this ADR referral is September 18, 2026.**

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference

Date of Conference:  _SEPT  11_ , 20_26_

Time of Conference:  _9_  (a.m.)/p.m.

Location of Conference (Check One):

☐ Designated Space at:   Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

☑ Other Location:   _JAMS OFFICE_

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference.  The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual

_7-20-26_
Date

_Michael R_

Signature of Plaintiff(s)

Signature of Defendant(s)

-5-